| AO 10<br>Rev. 1/2006 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2005** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>RUSSELL, JR.,, DAN M | 2. Court or Organization<br><br>SO DISTRICT OF MISSISSIPPI | 3. Date of Report<br><br>05/02/2006 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>SENIOR U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>2012 15TH ST., SUITE 614<br>GULFPORT, MS 39501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

FINANCIAL DISCLOSURE OFFICE   2006 MAY 22 P 1: 00   RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR., DAN M | 05/02/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Public Employees Retirement System(MS) | $ 852 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS *— transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR.,, DAN M | 05/02/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR.,, DAN M | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Nuveen Insured Quality Municiapal Shares | A | Dividend | | | SELL | 2/10 | J | A | NUVEEN IQ FD |
| 2. Nuveen Investment Quality Municipal Bonds | B | Dividend | K | T | | | | | |
| 3. Checking Account-Hancock Bank, Gulfport, Ms | A | Interest | J | T | | | | | |
| 4. Checking Account-Bancorp South, Gulfport,Ms | A | Interest | K | T | | | | | |
| 5. Money Mkt Account-Bancorp South, Gulfport, Ms | D | Interest | M | T | | | | | |
| 6. Adams Co. MS Bonds | B | Interest | K | T | | | | | |
| 7. Jackson Co. MS Port Impt Projs Bonds | A | Interest | J | T | | | | | |
| 8. Gulfport Miss Hosp Bonds | A | Interest | K | T | | | | | |
| 9. MS State Bldg Lease Rev CTFS Partn Ser A Bond | A | Interest | J | T | | | | | |
| 10. Gulfport Ms Water & Sewer Bonds(MBIA) | A | Interest | K | T | | | | | |
| 11. Gulfport-Biloxi Regl Arpt Auth Miaa Arpt Rev Bonds | A | Interest | J | T | | | | | |
| 12. First Trust Mississippi Advantage, Series 8 | A | Interest | J | T | | | | | |
| 13. Insured MS Ser4ies 12 UIT-224 | A | Interest | | | REDEEMED | 8/31 | J | A | UBS FIN SER |
| 14. Nuveen Tax Exempt Unit Trust, Series 532 | A | Interest | J | T | REDEEMED-PAR | 5/15 | J | A | UBS FIN SER |
| 15. UIT Nuveen Tax Free 331-M | B | Interest | K | T | REDEEMED-PAR | 11/15 | J | A | UBS FIN SER |
| 16. Nuveen Premium Income Municipal Fund | A | Dividend | | | SELL | 2/10 | J | B | NUVEEN PREM INC MUN FD-UBS |
| 17. Nuveen Tax Exemp Unit Trust 520-M | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR.,, DAN M | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Loan-Bancorp South(Secured By CD -Real Estate Purchase) | | None | | | Loan | 2/4 | M | | REPAY LOAN |
| 19. Note-William N Rivenbark | D | Interest | L | T | | | | | Rivenbark |
| 20. Loan-Sara Lane, Saucier, Ms | | None | K | T | | | | | Nethercott |
| 21. STOCK-SUN SOURCE(HILLMAN GROUP) | A | Dividend | K | T | | | | | |
| 22. CSV LIFE INSURANCE | | None | K | W | | | | | |
| 23. LOT 96, THE HUNTINGTON, PH 1 | | None | | | SELL | 3/5 | M | D | DIXON |
| 24. NOTE-DIXON | D | Interest | M | U | | | | | |
| 25. UBS Financial Services | A | Interest | J | T | Money Mkt | 1/1 | J | | UBS Fin Ser |
| 26. Duke Energy | | None | | | SELL | 2/2 | J | A | UBS Fin Ser |
| 27. Peoples Financial Corp.(UBS FS) | B | Dividend | L | T | PARTIAL SALE | 1/21 | J | B | UBS FIN SER |
| 28. | | | | | PARTIAL SALE | 8/30 | J | B | UBS FIN SER |
| 29. INSURED MS SERIES 12UIT-224 | A | Interest | | | REDEEMED | 8/31 | J | A | UBS FIN SER |
| 30. Nuveen Tax Exempt Trust, Series 532 | A | Interest | J | T | | | | | |
| 31. Nuveen Tax Exempt Unit Trust, Series 520-M | A | Interest | L | T | | | | | |
| 32. Plains Marketing, L. P-Adams Co MS | D | Royalty-W.I. | J | W | | | | | |
| 33. Unocal Domestic OperationS-Mobile Co. AL | C | Royalty | J | W | | | | | |
| 34. Marshall R Young Oil Co, Hancock Co. MS | | None | J | W | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes: (See Column C2)  P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment
U =Book Value  V =Other  W =Estimated  T =Cash Market

| Name of Person Reporting | Date of Report |
|---|---|
| RUSSELL, JR.,, DAN M | 05/02/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IP Petroleum Co.. Inc. Hancock Co MS | | None | J | W | | | | | |
| 36. Bay Gas LLC Hancock Co MS | | None | J | W | Lease | 6/7 | | A | |
| 37. Denbury Resources, Madison County, Ms | | None | J | W | | | | | |
| 38. Publishing | | None | J | W | | | | | |
| 39. Stock-Wataire Industries, Inc | | None | J | T | | | | | |
| 40. Stock-Whistler investments, | | None | | | MERGER | 3/9 | J | | |
| 41. STOCK-HYBRID TECHNOLOGIES, INC | | None | J | T | MERGER | 3/9 | J | | |
| 42. STOCK-WATAIRE INDUSTRIES, INC | | None | J | T | | | | | |
| 43. Stock-Whistler Investments, Inc | | None | | | MERGER | 3/9 | J | | |
| 44. STOCK-HYBRID TECHNOLOGIES, INC | | None | J | T | MERGER | 3/9 | J | | |
| 45. | | | | | SELL | 3/17 | J | C | |
| 46. Loan | | None | K | T | | | | | Peters |
| 47. STOCK-WATAIRE INDUSTRIES, INC | | None | J | T | BUY | 2/7 | J | | |
| 48. | | | | | BUY | 6/23 | J | | |
| 49. | | | | | BUY | 12/14 | J | | |
| 50. BLACKROCK MUNI INCOME TRUST | | | K | T | BUY | 2/10 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| RUSSELL, JR.,, DAN M | 05/02/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

THE ASSET LISTED ON LINE 29 OF LAST YEAR'S REPORT IS NOT LISTED ON THIS YEAR"S REPORT BECAUSE THE LOAN SECURED BY REAL ESTATE WAS PURCHASED AND REPORTED ON LINE 28 OF LAST YEAR'S REPORT.

THE ASSET LISTED ON LINE 34 OF LAST YEAR'S REPORT REFLECTED A VALUE AT THE END OF REPORTING PERIOD IN ERROR. THIS ASSET WAS REDEEMED AND A VALUE AT END OF PERIOD SHOULD NOT HAVE BEEN REPORTED.

THE INFORMATION REFLECTED IN PART B AND C FOR ASSET LISTED ON LIN E 36 OF LAST YEAR'S REPORT IS IN ERROR. THIS INFORMATION IS INCLUDED IN PARTS B AND C ON LINE 35 OF LAST YEAR'S REPORT.

THE INFORMATION REFLECTED IN PARTS B AND C FOR ASSETS LISTED ON LINE 38 AND 39 OF LAST YEAR'S REPORT IS IN ERROR. THIS INFORMATION IS INCLUDED IN PARTS B AND C ON LINE 37 OF LAST YEAR'S REPORT.

THE ASSET LISTED ON LINE 41 OF LAST YEAR'S REPORT IS COMBINED WITH LINE 2 OF THIS YEAR'S REPORT.

THE MINERAL INTEREST PAID BY PROGAS, INC,ADAMS COUNTY,MS LISTED ON LINE 45 OF LAST YEAR'S REPORT IS NOT LISTED ON THIS YEAR'S REPORT SINCE TH ROYALTY IS PAID BY PLAINS MARKETING REPORTED ON LINE 32 OF THIS YEAR'S REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____ Date  5 - 13 - 06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544